Daily & Woods, of Ft. Smith, Ark., for appellants.

Joseph R. Brown and James B. McDonough, both of Ft. Smith, Ark., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant and consent of appellees.

1

**INVESTORS' GUARANTY CORPORATION, Plaintiff in Error, v. FARMERS' STATE BANK OF RIVERTON, WYO., Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 16, 1926.)

No. 6916.

In Error to the District Court of the United States for the District of Wyoming.

H. C. Brome, of Basin, Wyo., and W. C. Mentzer, of Cheyenne, Wyo., for plaintiff in error.

A. C. Allen, of Riverton, Wyo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, under rule 17.

2

**INVESTORS' GUARANTY CORPORATION, Plaintiff in Error, v. FARMERS' STATE BANK OF RIVERTON, WYO., Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 16, 1926.)

No. 6917.

In Error to the District Court of the United States for the District of Wyoming.

H. C. Brome, of Basin, Wyo., and W. C. Mentzer, of Cheyenne, Wyo., for plaintiff in error.

O. N. Gibson, of Riverton, Wyo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, under rule 17.

3

**Ray JENNINGS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 27, 1926.)

No. 6644.

In Error to the District Court of the United States for the Western District of Oklahoma.

Homer N. Boardman, of Oklahoma City, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, pursuant to consent of plaintiff in error and decision of this court in case of Hammert v. United States, 14 F.(2d) 827.

4

**Ottice D. KIRKLAND et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. February 18, 1927.)

No. 4813.

In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

R. E. Stillman, of Jacksonville, Fla., for plaintiffs in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

5

**A. J. KITCHENS, Appellant, v. UNITED STATES, Appellee.**

(Circuit Court of Appeals, Eighth Circuit. May 10, 1926.)

No. 7233.

Appeal from the District Court of the United States for the Western District of Oklahoma.

Richard A. Billups, of Oklahoma City, Okl., for appellant.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Appeal dismissed, on motion of defendant in error, for want of prosecution.